IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CARMON WARREN,<br><br>                              Petitioner,<br><br>     v.<br><br>D. L. RUNNELS,<br><br>                              Respondent. | 1:06-cv-01328-OWW-LJO (HC)<br><br>**ORDER GRANTING RESPONDENT'S FIRST REQUEST FOR AN EXTENSION OF TIME**<br><br>**Document # 11** |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On December 13, 2006, respondent filed a motion to extend time to to file a response to the petition for writ of habeas corpus.

    Respondent's first request for a thirty-day extension of time to file a motion to dismiss was considered by the Court, and good cause appearing, Respondent's request is granted.

    IT IS HEREBY ORDERED that Respondent shall file a motion to dismiss by January 15, 2007.

IT IS SO ORDERED.

**Dated:    December 14, 2006**            **/s/ Lawrence J. O'Neill**
23ehd0                                                  UNITED STATES MAGISTRATE JUDGE