UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARMON WARREN, | ) | 1:06-CV-1328 OWW NEW (DLB) HC |
|     Petitioner, | ) ) | |
| v. | ) ) | ORDER GRANTING EXTENSION OF TIME |
| D. L. RUNNELS, | ) ) | (DOCUMENT #18) |
|     Respondent. | ) ) | |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On March 28, 2007, petitioner filed a motion to extend time to file a response in opposition to respondent's motion to dimiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Petitioner is granted thirty days from the date of service of this order in which to file his opposition to respondent's motion to dismiss.

    IT IS SO ORDERED.

    Dated: __April 24, 2007__          __/s/ Dennis L. Beck__
                                                                  UNITED STATES MAGISTRATE JUDGE