UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARMON WARREN, | ) | 1:06-CV-01328 OWW NEW (DLB) HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #21] |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| D. L. RUNNELS, | ) | [Doc. #1] |
| | ) | |
| Respondent. | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 8, 2007, the Magistrate Judge issued Findings and Recommendation that recommended Respondent's motion to dismiss be GRANTED and the petition be DISMISSED WITH PREJUDICE for violating the statute of limitations, for procedural default and for lack of jurisdiction. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On June 14, 2007, Petitioner filed objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*

1 *novo* review of the case.  Having carefully reviewed the entire file and having considered the
2 objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is
3 supported by the record and proper analysis, and there is no need to modify the Findings and
4 Recommendations based on the points raised in the objections.
5      Accordingly, IT IS HEREBY ORDERED that:
6      1. The Findings and Recommendation issued May 8, 2007, is ADOPTED IN FULL;
7      2. Respondent's Motion to Dismiss is GRANTED;
8      3. The Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE; and
9      4. The Clerk of Court is DIRECTED to enter judgment for Respondent.
10 IT IS SO ORDERED.
11 **Dated:   June 19, 2007**           /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE