```
                                          FILED
                                      JUDGMENT ENTERED

                                 _____June 19, 2007_____
                                               (date)
                                       by _____G. Lucas_____
                                             Deputy Clerk
                                         U.S. District Court
                                       Eastern District of California
                                    __xx___  FILE CLOSED
```

*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

CARMON WARREN,

       Petitioner,

                     **JUDGMENT IN A CIVIL ACTION**

vs.

                     1:06-CV-1328 OWW NEW (DLB) HC

D. L. RUNNELS,

       Respondent
_____/

       The Findings and Recommendations issued by the Magistrate Judge on May 8, 2007, are hereby adopted in full, and

       IT IS HEREBY ORDERED AND ADJUDGED that the petition for writ of habeas corpus is dismissed with prejudice.

DATED: June 19, 2007

                                        VICTORIA C. MINOR, Clerk

                                        /s/ Greg Lucas
                           By:
                                        Deputy Clerk