

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CARMON WARREN,

vs.

ORDER RE: CERTIFICATE OF APPEALABILITY

CV-F-06-1328 OWW/NEW (DLB) HC

D. L. RUNNELS,

_____/

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____ Granted for the following reason:

_____
_____
_____
_____

__X__ Denied for the following reason:
TIME-BARRED PETITION - NO BASIS FOR TOLLING.
_____

Dated: 6-20-07

OLIVER W. WANGER
United States District Judge