UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARMON WARREN, | ) | 1:06-CV-01328 OWW NEW (DLB) HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING MOTION FOR |
| | ) | CERTIFICATE OF APPEALABILITY AS |
| v. | ) | MOOT |
| | ) | |
| D. L. RUNNELS, | ) | [Docs. #27, 28] |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 27, 2007, Petitioner filed a motion for certificate of appealability. However, the undersigned already denied issuance of a certificate of appealability on June 21, 2007. Therefore, Petitioner's subsequent motion for certificate of appealability is DENIED as moot.

IT IS SO ORDERED.

**Dated:   August 14, 2007**            /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE