IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMON WARREN, | 1:06-cv-01328 OWW NEW(DLB) (HC) |
| Petitioner, | |
| vs. | ORDER DISREGARDING MOTION DUE TO NINTH CIRCUIT APPEAL |
| D.L. RUNNELS, | (DOCUMENT #26) |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254.  On July 27, 2007, petitioner filed a motion for appointment of counsel. Insomuch as petitioner's case was dismissed by this court on June 19, 2007, and petitioner filed an appeal to the Court of Appeals for the Ninth Circuit on July 27, 2007, this motion is more properly brought before the Court of Appeals.  Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment of counsel is DISREGARDED by this court.

IT IS SO ORDERED.

Dated:  **August 24, 2007**      **/s/ Dennis L. Beck**
                                                         UNITED STATES MAGISTRATE JUDGE